AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
JUL 1 6 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>Jovica Petrovic<br>a/k/a Joshua Petrovic<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:10MJ6161 TCM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 28, 2009__ in the county of __St. Charles__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

*Code Section*               *Offense Description*

18 U.S.C. 875(d)             Interstate Transmission of Extortionate Communictions

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector John Jackman, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/16/10__

_____
*Judge's signature*

City and state:  St. Louis, MO           Honorable Thomas C. Mummert III, U.S. Magistrate Judge
                                         *Printed name and title*