UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:10CR415 HEA |
| JOVICA PETROVIC, | ) ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the status hearing previously set in this matter for Tuesday, September 6, 2011, is reset to Monday, September 12, 2011, at 10:30 a.m. in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that Defendant's Motion to Continue Trial Setting [Doc. #128] will be addressed at the status conference however, the trial setting of September 12, 2011, is vacated to be reset at the conclusion of the status conference.

Dated this 7th day of September, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE